**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6457

_____

DANIEL PETERSON, a/k/a Hassan Sataar,

                                    Plaintiff - Appellant,

        versus

JOHN    REID,    Sargeant;    JOHN    GILBERT,
Correctional Officer,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief District Judge.  (5:06-ct-03026-FL)

_____

Submitted:  August 22, 2007          Decided:  October 16, 2007

_____

Before MICHAEL and TRAXLER, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daniel Peterson, Appellant Pro Se.  Elizabeth F. Parsons, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Peterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Peterson v. Reid</u>, No. 5:06-ct-03026-FL (E.D.N.C. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>